UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> A & J FREIGHT SERVICES, INC., <br><br> Defendant. | Case No. 1:21-cv-01529-JLT-EPG <br><br> ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (ECF No. 18) |

On June 29, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear its own costs and attorney fees. (ECF No. 18). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear its own costs and attorney fees. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines and then to close the case.

IT IS SO ORDERED.

Dated:  **June 30, 2022**                   /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1